UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DENIS MARTYNENKO,<br><br>    Petitioner,<br><br>    vs.<br><br>PAMELA BONDI, Attorney General of the United States; KRISTI NOEM, Secretary, United States Department of Homeland Security; LAURA HERMOSILLO, Acting Seattle Field Office Director, United States Citizenship and Immigration Services; BRUCE SCOTT, Warden of Immigration Detention Facility; and the United States Immigration and Customs Enforcement,<br><br>    Respondents. | No. 2:26-cv-00626-JHC<br><br>**ORDER FOR APPOINTMENT OF COUNSEL** |

THE COURT has considered Petitioner Denis Martynenko's motion for appointment of counsel.

IT IS ORDERED that Attorney Alan Zarky is appointed to represent Petitioner.

DATED this 23rd day of February, 2026.

_John H. Chun_____
John H. Chun
UNITED STATES JUDGE

ORDER FOR APPOINTMENT OF COUNSEL
(*Martynenko v. Bondi, et al.*) - 1